UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

**UNITED STATES OF AMERICA**

                    **-v-**                                    **5:12-CV-147 (NAM/ATB)**

**TINA FLORA,**

                                        **Defendant.**

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

APPEARANCES:

Manfredi Law Group, PLLC
John S. Manfredi, Esq., of counsel
302 East 19th Street, Suite 2A
New York, New York 10003
Attorney for Plaintiff

**Hon. Norman A. Mordue, United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

The United States of America moves (Dkt. No. 6) for default judgment in this action to recover monies owed by defendant on a student loan.  On April 9, 2012, this Court issued an order (Dkt. No. 8) stating that plaintiff had not established its entitlement to attorney's fees and delaying decision on the motion for 30 days to allow plaintiff an opportunity to file any additional submissions it wished the Court to consider.  On April 15, 2012, plaintiff submitted an "Amended Proposed Order" (Dkt. No. 9) which does not include an award of attorney's fees.  The Court construes this submission to mean that plaintiff withdraws its application for attorney's fees.

On February 29, 2012, the Government obtained a Clerk's Entry of Default (Dkt. No. 5). The complaint and the Certificate of Indebtedness, incorporated by reference therein, establish the amount due and defendant's nonpayment.  Plaintiff also submits a supplemental affirmation in support of its assertion that defendant is not in the United States miliatary.  Plaintiff has demonstrated its entitlement to the relief sought, except that no attorney's fees are awarded.

It is therefore

ORDERED that plaintiff is awarded default judgment in the sum of $811.74 plus 3.31% interest from the date of default, March 20, 1991, to April 13, 2012 in the sum of $566.45, for a total of $1,378.19, plus $55, the cost of service of process, for a total of $1,433.19, plus additional accrued interest at 3.31% per annum from April 14, 2012 to the date of entry of the judgment.

IT IS SO ORDERED.

Date:  May 1, 2012
        Syracuse, New York

Honorable Norman A. Mordue
U.S. District Judge

-2-