# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## DEFAULT JUDGMENT IN A CIVIL CASE

**United States of America**
        Plaintiff
  vs.                          CASE NUMBER: 5:12-CV-147 (NAM/ATB)

**Tina Flora**
        Defendant

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's Motion for default judgment is granted in the sum of $811.74 in damages, pre-judgment interest in the amount of $566.45, costs in the amount of $55.00 for a total award of $1,433.19, plus post judgment interest pursuant to 28 USC section 1961.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 1st day of May, 2012.

DATED: May 1, 2012

*Laurence K. Baum*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk